## SAMUEL S. PHELPS *versus* JOHN ANDERSON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or pro-
cedendo *p. 192; (2) stricken from Calendar *p. 225; (3) continued *p.
225; (4) rule for judgment *p. 276.

PAPERS IN FILE: (1) Recognizance and precipe for habeas corpus; (2) writ
of habeas corpus cum causa; (3) transcript of county court record;
(4) declaration; (5) recognizance and bail piece; (6) plea of non assumpsit;
(7) precipe for execution fi. fa.; (8) writ of fi. fa. and return; (9) copy of
promissory note.

*Office Docket*, MS p. 137, c. 52. Recorded in *Book B*, MS pp. 6–10.

## ESTHER RICHARDSON *versus* CHARLES LARNED

JOURNAL ENTRIES (1821): *Journal 3:* (1) Cognovit, judgment *p. 193.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) recognizance;
(3) writ of habeas corpus; (4) transcript of county court record; (5)
declaration; (6) promissory note; (7) memo. of amount due on note.

*Office Docket*, MS p. 140, c. 55. Recorded in *Book A*, MS pp. 120–28.

## PETER J. DESNOYERS *versus* JOHN S. ROBY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled by parties *p. 193.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) recognizance; (3) writ of habeas corpus; (4) transcript of county court record.
*Office Docket*, MS p. 141, c. 56.

## PETER J. DESNOYERS *versus* JOHN S. ROBY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled by parties *p. 193.
PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) recognizance; (3) writ of habeas corpus; (4) transcript of county court record.
*Office Docket*, MS p. 142, c. 57.

## PETER J. DESNOYERS *versus* JOHN S. ROBY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled by parties *p. 193.
PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) recognizance; (3) writ of habeas corpus; (4) transcript of county court record.
*Office Docket*, MS p. 143, c. 58.

## PETER J. DESNOYERS *versus* HARVEY WILLIAMS AND ALPHEUS WILLIAMS

JOURNAL ENTRIES (1821): *Journal 3:* (1) Motion for remand by procedendo granted *p. 193.
PAPERS IN FILE: (1-2) Precipes for habeas corpus; (3) recognizance; (4) writ of habeas corpus; (5) transcript of county court record.
*Office Docket*, MS p. 131, c. 44; p. 144, c. 59.